PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Bobby Eugene Taylor</u>  Case Number: <u>3:09-00245</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>March 11, 2010</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>57 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>November 21, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>James William Price, Jr.</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this <u>24</u> day of <u>July</u>, 2014, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Amanda Michele_
Amanda Michele
U.S. Probation Officer

_Todd Campbell_
Todd J. Campbell
U.S. District Judge

Place      Nashville

Date       July 23, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** On June 10, 2014, Mr. Taylor tested positive for marijuana. When questioned, Mr. Taylor adamantly denied using the illegal drug and stated he wanted to wait for the results from the testing laboratory. His urine sample was mailed to the testing laboratory and confirmed positive on June 15, 2014. |
| | When questioned by the probation officer regarding the positive result from the laboratory, Mr. Taylor admitted to smoking marijuana "joints" on June 6 and June 7, 2014. He reported he was laid off from his employment and used the illegal drug to "de-stress." Mr. Taylor reported he made a "mistake" and it would not happen again. |

### Compliance with Supervision Conditions and Prior Interventions:
Bobby Taylor was recently laid off from his employment and lives with his girlfriend and children, in Nashville, Tennessee. Mr. Taylor began his term of supervised release on November 21, 2013, and his supervision is due to terminate on November 20, 2015.

Following his release from custody in November 2013, the probation officer immediately referred Mr. Taylor to Centerstone Mental Health in Madison, Tennessee, for a substance abuse assessment and no treatment was recommended at that time. Following his positive drug test for marijuana, Mr. Taylor was re-instructed to not use any illegal substances and warned of the possible negative ramifications such as revocation of supervision, inability to obtain employment, and the negative impact it will have on his family. His random drug testing was increased and he was referred back to Centerstone Mental Health for weekly outpatient substance abuse treatment. Mr. Taylor is currently participating in outpatient substance abuse treatment, as recommended by his therapist.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Taylor remain on supervised release, obtain full-time employment, continue to participate in substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer